# Memorandum

*United States Attorney's Office*
*Eastern District of California*

| | | | |
|---|---|---|---|
| *Subject:* | **2:26-cr-0161 JAM**<br>**US v. ILYA ZAGARYUK** | *Date:* | **September 16, 2026** |
| *To:* | **The Honorable John A. Mendez** | *From:* | **AUSA Dhruv Sharma**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700**<br>**Fax: (916) 554-2900** |

The United States requests that the Court set the above-referenced matter for the Court's 9:00 a.m. calendar on October 20, 2026, for Change of Plea on the Information filed on September 11, 2026.

The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

Ilya Zagaryuk is currently not in custody.